**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

**AUG 0 4 2000**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| THOMAS ALBERT MALL, JR. | § |
| TDCJ # 816658, | § |
|     Plaintiff-Petitioner, | § |
| | § |
| vs. | § |
| | § |
| WACKENHUT CORRECTIONAL | § |
| CORPORATION, et.al. | § |
|     Defendant-Respondent. | § |

Civil Action No. Misc. B-99-040

**O R D E R**

Before the Court is Thomas Albert Mall's Motion for Voluntary Dismissal.  (Doc. # 6)
Mall, by his own motion, seeks dismissal of his cause of action pursuant to Federal Rule of Civil
Procedure 41 (a).  Pursuant to such rule, this Court finds that Mall's cause of action should be
**DISMISSED**.

Accordingly, it is ORDERED, ADJUDGED, and DECREED that Thomas Albert Mall's
Motion for Voluntary Dismissal be and is hereby **GRANTED.**  The above referenced cause of
action should be administratively CLOSED.

DONE this 3 Rd day of August, 2000 in Brownsville, Texas.


Filemon B. Vela

United States District Judge